■ LINDA GAMMON, Respondent, v ADVANCED FERTILITY SERVICES, P. C., et al., Appellants, et al., Defendant.—Orders, Supreme Court, New York County (Ira Gammerman, J.), entered September 19, 1991, which, *inter alia,* upheld jurisdiction as against defendants Advanced Fertility Services, P. C. and Dr. Melnick, unanimously affirmed, with costs.

With respect to the corporate defendant, the record supports the Judicial Hearing Officer's findings that a receptionist represented that she was authorized to accept service, that defendants had made a studious effort to avoid service, and that the process server, by virtue of his discussions with the receptionist, reasonably believed that she was a managing agent of the corporation. Under these circumstances, we find that service was properly made on August 30, 1988 in a manner which, if objectively viewed, was calculated to give the corporate defendant fair notice of the legal proceedings against it (CPLR 311 [1]; *Fashion Page v Zurich Ins. Co.,* 50 NY2d 265).

We also find that valid personal service was made on Dr. Melnick on September 9, 1988 when the process server left the papers in Dr. Melnick's general vicinity after he resisted service *(supra).* Concur—Sullivan, J. P., Wallach, Ross and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CARLO, Appellant.—Judgment, Supreme Court, Bronx County (Frank Diaz, J.), rendered July 18, 1991, convicting defendant, after a nonjury trial, of criminal possession of a weapon in the fourth degree, and sentencing him to a prison term of one year, unanimously affirmed.

Defendant's conviction is not against the weight of the evidence. Viewing the evidence in the light most favorable to the People, the trial court's rejection of the "major portion" of the testimony of one of the two police witnesses does not show that it gave unjustified weight to the testimony of the second officer or the remainder of the testimony of the first *(People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932; *People v Clark,* 186 AD2d 452). Concur—Sullivan, J. P., Wallach, Ross and Asch, JJ.